# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1646. JOHN VOGEL v. HENRY COUNTY ANIMAL CONTROL OFFICE.**

This appeal was docketed on April 22, 2025. The appellant failed to comply with Court of Appeals Rule 23 (a) regarding the filing of a brief within 20 days after the appeal was docketed. Because the appellant failed to comply with Court of Appeals Rule 23 (a), this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/23/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*